AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

# RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 22-059 MB | 3/30/22  0800 | Kathy Carver |

Inventory Made in the Presence of:

Kathy Carver

Inventory of the property taken and name of any person(s) seized:

Please see attached collect item log.

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/21/2022

_____
Executing officer's signature

Anthony Fry    Special Agent
Printed name and title

FD-597 (Rev. 4-13-2015)                                                                                    Page 1 of 2

# UNITED STATE DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

Case ID:   318C-CV-2166725-INV_USLG

On (date)   3/30/2022          item(s) listed below were:

☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name)  
(Street Address)   27582 N. 125th Avenue, Peoria, Arizona, 85383  
(City)   PEORIA, AZ 85383

## Description of Item(s):

HP Laptop S/N: 5CD041FB0S with power cord

$486.00 US Currency
($100 - 3, $20 - 8, $10 -1, $5 - 2, $1 - 6)

RushCard Visa 4104-8920-4324-0800, Capital One Debit 5108-0502-1961-5163, Vanilla Visa 4142-3858-3761-8467.

Amazon Tablet, Model Number: T76N2B

Black Motorola Cell Phone

Black LG Cell Phone

HP Laptop S/N: CND0441K5X with power cord

LG Cell Phone, S/N:008HULX0161944, LG Cell Phone (no S/N), Alcatel flip phone (no S/N)

Identifications for Kathy Howard, Kathy Roberts, Kathy Carver, birth certificate for Kathy Klahn, Scocial Security Card for Katherine Carver

Shipping labels, signatures, business agreements, and letter from son

Lenovo desktop computer - S/N: MJDCNEAQ

Prepaid VISA gift cards - NOT TAKEN

Business agreements and business registration documents

50 - 1 oz, gold bars (50 oz Total) and shipping documents

Seagate Hard Drive S/N: 6VPKC6JV

Motorola Cell Phone - Tracfone - IMEI: 357240101180660

Driver's Licenses for Kathy Roberts, John Roberts, and Donald Howard

Black LG Cell Phone

FD-597 (Rev. 4-13-2015)

Page 2 of 2

## UNITED STATE DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION

# RECEIPT FOR PROPERTY

| Nine (9) Vanilla Visa Cards |
| $3,000 in US Currency |
| Two (2) golden eagle coins |
| Identifications, credit cards and postal forwarding information. |
| $50,000 in US Currency |
| Truthfinder documents for John William Roberts |
| Four (4) Flash Drives |
| Portable Hard Drive ADATA - HD710MP-1T |
| Driver's License for Donald W. Howard |
| Credit report fraud documents |
| Don Howard DMV Title |
| Documents about committing fraud |
| Identification documents and passports |
| 4 - 1 oz gold bars (4 oz. Total) |
| Two (2) California License Plates - 8ROY171 |

**Received By:** _____
(signature)

**Received From:** _____
(signature)

**Printed Name/Title:** _____

**Printed Name/Title:** _____